**Paul K. WRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44027.**

Missouri Court of Appeals,
Western District.

April 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).